245 So.2d 716

STATE of Louisiana, Through the DE-
PARTMENT OF HIGHWAYS

v.

Arthur M. ALLEN et al.

No. 51249.

March 29, 1971.

In re: State of Louisiana, Department of Highways applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 243 So.2d 337.

Writ refused. On the facts found by the Court of Appeal the result is correct.